# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MORTGAGE FUND '08 LLC,<br><br>Debtor.<br><br>NANCY BERGERON,<br><br>Appellant,<br><br>v.<br><br>SUSAN L. UECKER, in her capacity as Trustee of the Mortgage Fund '08 Liquidating Trust,<br><br>Appellee. | Case No. 3:14-cv-01383-SI<br><br>**JUDGMENT** |

The bankruptcy court's final disallowance of a portion of appellant's claim has been affirmed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 30, 2015

_____
SUSAN ILLSTON
United States District Judge